UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN A. SORRENTINO,

    Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner, Social Security Administration,

    Defendant.

CASE NO.   C05-5603 RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed Plaintiff's Complaint, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER**:

    (1)    the Court adopts the Report and Recommendation;

    (2)    the ALJ erred in its decision as described in the report;

    (3)    the matter is therefore **REVERSED** and remanded to the Commissioner for further administrative proceedings consistent with the Report and Recommendation; and

    (4)    the Clerk is directed to send copies of the Order to Plaintiff's counsel, Defendant's counsel, and Magistrate Judge J. Kelley Arnold.

DATED this 19th day of June, 2006.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER
Page - 1